**DISMISS and Opinion Filed March 15, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00086-CV**

**BRIDGET PARSON, Appellant**
**V.**
**BECKY COLE, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-01563-B**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

As reflected in her notice of appeal and amended notice of appeal, appellant appeals from the trial court's order denying her motion to recuse and a proposed order appointing a post-judgment receiver. Because it appeared these orders are not subject to appeal, the Court questioned its jurisdiction over this appeal. We instructed appellant to file a letter brief addressing the Court's concern. Appellant complied.

An order denying a motion to recuse is reviewable only from appeal of a final judgment. *See* TEX. R. CIV. P. 18a(j)(1)(A). Additionally, a non-signed

proposed order appointing a post-judgment receiver presents nothing for review as only signed judgments are appealable. *See* TEX. R. APP. P. 26.1 (appellate timetable runs from the date the judgment is signed).

Although appellant filed a letter brief, she fails to demonstrate this Court's jurisdiction over this appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

210086F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

BRIDGET PARSON, Appellant

No. 05-21-00086-CV     V.

BECKY COLE, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-15-01563-B.
Opinion delivered by Chief Justice Burns. Justices Molberg and Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 15th day of March, 2021.